# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　Plaintiff,<br>　v.<br>YOLANDA GUTIERREZ-CASTRO,<br>　　　　　　　　　　　Defendant. | CRIM CASE NO. 07CR677<br>CIVIL CASE NO. 10CV1238<br>**ORDER** |

HAYES, Judge:

　　In the matter before the Court, Defendant Yolanda Gutierrez-Castro moves the Court to withdraw and dismiss the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 filed on June 9, 2010. Gutierrez-Castro states in her motion to withdraw that she has received a requested treaty transfer which allow her to be transferred to a prison in Mexico and that her treaty transfer was approved the day after mailing her motion.

　　IT IS HEREBY ORDERED that Motion to withdraw and dismiss motion to vacate, set aside or correct sentence (Doc. # 89) is granted.

　　IT IS FURTHER ORDERED that Motion to vacate, set aside or correct sentence (Doc. # 87) is dismissed without prejudice and the Order setting briefing schedule (Doc. #88) is vacated.

DATED: June 17, 2010

　　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　United States District Judge